UNITED STATES BANKRUPCTY COURT
SOUTHERN OF DISTRICT OF TEXAS

In Re:  PCF Properties In Texas LLC.             Case No. 25-60062
 *Debtor(s)*                                                                           (Chapter 7)

**PETITIONING CREDITOR RESPONSE TO THE COURTS
INITIAL ORDER FOR PROSECUTION OF CHAPTER 7
(DOC. No. 2) AND REQUEST FOR HEARING**

COMES NOW, Petitioning Creditor Elizabeth Thomas and files this response to the Court's "Initial Order for Prosecution of Chapter 7 Case" (Doc. No. 2) and for cause shows the court as follow:

**I.**

This case was wrongfully filed as Voluntary Chapter 7 No Asset case instead of a Involuntary Chapter 7 case. [Doc.No.1]. Because this case was intended to be filed as Involuntary Chapter 7 Case no Matrix,  or Schedules were filed along with the petition.

Petitioning Creditor Elizabeth Thomas and two others entered into business agreement with PCF Properties in Texas LLC., to fund its purchase of materials for jobs to repair, remodel and cleanout damage homes. Since signing of the second contract in April of 2025, PCF Properties in Texas LLC, has failed to make a single payment on the loan in the amount of $18,247.00, funded for the repair of two homes.

As to the payment of the filing the fee the Petitioning Creditor Elizabeth Thomas has filed Motion seeking leave of the court to pay the filing fee  in installments. Petitioner has commence a Chapter 13, petition which requires extensive litigation and high attorney creating a hardship of the ability to pay the filing fee in one installment.

**PRAYER**

**WHEREFORE**, Petitioning Creditor Elizabeth Thomas, prays that the Court issue a summons for PCF Properties in Texas LLC, and grant the Motion to pay the filing fee in Installments and for such further relief the court deems just.

Respectfully submitted

/s/ Elizabeth Thomas
Elizabeth Thomas Pro, Se
712 H. Street NE STE 2487
Washington DC 20002
elizthomas234@gmail.com