UNITED STATES BANKRUPCTY COURT
SOUTHERN OF DISTRICT OF TEXAS

In Re:  PCF Properties In Texas LLC.                           Case No. 25-60062
 *Debtor(s)*                                                                    (Chapter 7)
_____

### MOTION TO PAY FILING FEE IN INSTALLEMENTS

COMES NOW, Petitioning Creditor Elizabeth Thomas and files this response to the Court's

"Initial Order for Prosecution of Chapter 7 Case" (Doc. No. 2) and moves the Court for leave to

pay the filing fee in installments;

**You propose to pay**

$80.00   On or before this date ..........July 29, 2025/

$80.00  On or before this date ...........August 29, 2025.

$80.00  On or before this date ...........September 29,2025.

$98.00  On or before this date ........... October 29, 2025.

**Total** $338.00◄

**By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:**

You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.
You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline..
If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

                                            Respectfully submitted

                                         /s/ *Elizabeth Thomas*
                                         Elizabeth Thomas Pro, Se
                                         712 H. Street NE STE 2487
                                         Washington DC 20002
                                         elizthomas234@gmail.com

**UNITED STATES BANKRUPCTY COURT**
**SOUTHERN OF DISTRICT OF TEXAS**

In Re:  PCF Properties In Texas LLC.                                    Case No. 25-60062
 *Debtor(s)*                                                                                       (Chapter 7)
_____

**Order Approving Payment of Filing Fee in Installments**

    After considering the Motion to pay the filing fee in Installment the court orders that:

The followings payments must be made under the terms below:

$80.00   On or before this date ..........July 29, 2025.

$80.00   On or before this date ...........August 29, 2025.

$80.00   On or before this date ...........September 29,2025.

$98.00   On or before this date ........... October 29, 2025.

**Total** $338.00 ◄

    **Signed**   this ___day of August 2025

_____
United States Bankruptcy Judge
