United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO: 25-60062 |
| PCF PROPERTIES IN TEXAS LLC, | § § § | |
| Debtor. | § § | |
| | § § | INVOLUNTARY CHAPTER 7 |

## CASE MANAGEMENT ORDER

By agreement of the Judges, this case is reassigned to Judge Isgur. The Court further orders:

1. This case is transferred to the Houston Division.

2. The order dismissing this case ) issued on July 17, 2025 at ECF No. 7) is vacated.

3. The Clerk is directed to correct ECF No. 1 to reflect that this case is an involuntary chapter 7 petition.

4. The Court will conduct an emergency hearing in this case at 10:00 a.m. on August 7, 2025.

5. The Office of the United States Trustee is requested to attend the emergency hearing.

SIGNED 08/07/2025

_____
Marvin Isgur
United States Bankruptcy Judge