IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: PCF PROPERTIES IN TEXAS LLC            Case No. 25-60062

   *Debtor*

NOTICE OF WRONG REPRESENTATION OF COUNSEL

**PLEASE TAKE NOTICE,** the court's docket wrongfully has Attorney James M. Andersen listed as counsel for the Debtor PCF Properties in Texas LLC, counsel has no retainer agreement to represent the debtor,

   The Debtor counsel is    Alzadia Spires
                                                    Attorney at Law
                                                    Spires Law Firm, P.L.L.C.
                                                    17515 Spring Cypress Rd. #C620
                                                    Cypress, Tx 77429

                                                    Respectfully submitted

                                                    /s/*James M. Andersen*
                                                   James M. Andersen
                                                   Attorney at Law
                                                   Texas State Bar No. 01165850
                                                   P. O. Box 58554
                                                   Webster, Texas 77598-8554
                                                   Tel. (281)488-2800
                                                   Fax. (281)480-4851
                                                   Email: jandersen.law@gmail.com

CERTIFICATE OF SERVICE

    I certify that  Service of this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record on August 7, 2025.

Alzadia Spires
Attorney at Law
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
 Cypress, Tx 77429

*Attorney for PCF Properties in Texas LLC  .*

/s/James M. Andersen