United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 07, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-60062 |
| PCF PROPERTIES IN TEXAS LLC, § | |
| § | |
| Debtor. § | |
| § | CHAPTER 7 |

## ORDER FOR STATUS CONFERENCE

The involuntary petition in this case was filed by James Anderson. The petitioner is Elizabeth Thomas. The alleged Debtor is represented by the Spires Law Firm.

At 8:30 a.m. on August 11, 2025, the Court will conduct a status conference. At the status conference, Mr. Anderson, Ms. Thomas, PCF Properties in Texas LLC and Ms. Alzadia Spires must demonstrate that this case was filed in good faith. They must disclose all pre-petition communications between Ms. Thomas (including her counsel or anyone acting on her behalf) and PCF Properties in Texas LLC (including its counsel or anyone acting on its behalf). Copies of all such communications must be filed on the record prior to the commencement of the hearing.

Mr. Anderson, Ms. Thomas, PCF Properties in Texas LLC and Ms. Spires must appear at the hearing.

The Clerk is directed to notify Mr. Anderson and Ms. Spires by telephone or e-mail of the hearing. Mr. Anderson and Ms. Spires must notify PCF Properties in Texas LLC and Ms. Thomas of the hearing.

SIGNED 08/07/2025

_____
Marvin Isgur
United States Bankruptcy Judge