THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>PCF PROPERTIES IN TEXAS, LLC<br>  Debtors. | Case No. 25-60062<br><br>Chapter 7 |

**TRUSTEE'S NOTICE OF WITHDRAWAL OF REPORT OF NO DISTRIBUTION**

1. The undersigned was appointed on the docket as trustee in this involuntary chapter 7 case upon its filing on June 20, 2025, apparently because the involuntary case was initially docketed as a voluntary chapter 7 case.

2. The Court entered an order dismissing the case for deficiencies on July 17, 2025.

3. In light of the dismissal, the undersigned filed a Chapter 7 Trustee's Report of No Distribution ("NDR") by docket entry dated July 23, 2025.

4. On August 7, 2025, the Court vacated the dismissal, DE 9, and during a hearing that day ordered the appointment of a chapter 7 trustee, DE 11.

5. The U.S. Trustee appointed the undersigned as interim chapter 7 trustee. DE 12.

6. The undersigned hereby withdraws the NDR.

Dated: August 8, 2025

        Respectfully submitted,

        /s/ Christohper Murray
        602 Sawyer, Suite 400
        Houston, TX 77007
        chris@jonesmurray.com
        Tel : 832-529-3027
        Fax: 832-526-3393

        CHAPTER 7 TRUSTEE