IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: PCF PROPERTIES IN TEXAS LLC  *Debtor* | Case No. 25-60062 |

**COUNSEL MISTAKENLY FILED THIS CASE IN THE WRONG STATE**

On June 30, 2025, an e involuntary Chapter 7 petition in this case was filed by James Anderson on behalf of the petitioner Elizabeth Thomas pro, se. Andersen does not represent Ms. Thomas. However Mr. Andersen wrongfully filed the case as a voluntary Chapter 7, wrongfully used the wrong addresses for Ms. Thomas and Debtor PCF Properties in Texas LLC., and in error wrongfully filed the case in the wrong venue. PCF Properties in Texas LLC is a Colorado limited liability company with no place of business or residence in the State of Texas. These errors were never corrected because the case was dismissed for deficiencies.

Respectfully submitted

/s/James M. Andersen
James M. Andersen
Attorney at Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
Email: jandersen.law@gmail.com

## CERTIFICATE OF SERVICE

I certify that Service of this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record on August 11, 2025.

/s/*James M. Andersen*