IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: PCF PROPERTIES IN TEXAS LLC  *Debtor* | Case No. 25-60062 |

## NOTICE OF APPEAL

Elizabeth Thomas hereby file this "Notice of Appeal" Order entered on August 7, 2025,

(i)     Order reinstating Chapter 7 Voluntary case August 7, 2025  [Doc. 7]; and (ii) Order

Case Management Order [Doc. 9]. The parties to the appeal are:

ELIZABETH THOMAS

V.

PCF PROPERTIES IN TEXAS LLC

By: /s/Elizabeth Thomas
Elizabeth Thomas Self Represented
712 H Street NE # 2487
Washington DC 20002
elizthomas234@gmail.com

### CERTIFICATE OF SERVICE

I certify that this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of on August 11, 2025.

/s/Elizabeth Thomas