IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: PCF PROPERTIES IN TEXAS LLC        Case No. 25-60062

*Debtor*

**STATUES CONFERENCE HEARING**

On August 7, 2025, Counsel believes that Court has set an "Order for Status Conference: The involuntary petition in this case was filed by James Anderson. The petitioner is Elizabeth Thomas. The alleged Debtor is represented by the Spires Law Firm

The Order in pertinent part states that "the Clerk is directed to notify Mr. Anderson and Ms. Spires by telephone or e-mail of the hearing. Mr. Anderson and Ms. Spires must notify PCF Properties in Texas LLC and Ms. Thomas of the hearing."  Counsel has received no commutations from Clerk by telephone or e-mail of the hearing as such have not notified Ms. Thomas of the hearing.

Respectfully submitted

/s/James M. Andersen
James M. Andersen
Attorney at Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
Email: jandersen.law@gmail.com

**CERTIFICATE OF SERVICE**

 I certify that  Service of this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record, on August 11, 2025.


              /s/James M. Andersen