Bankruptcy Petition #: 25-60062



Aaron Jackson
To: jandersen.law@gmail.com; alzadia@spireslawfirm.com
Cc: Sierra Thomas-Anderson

Thu 8/7/2025 2:10 PM

You forwarded this message on 8/11/2025 8:49 AM.

📎 PCF PROPERTIES IN TEXAS LLC_534093_DocketNow.pdf
   66 KB

Good afternoon.

The Court has set a status conference in the above titled case for August 11, 2025 at 8:30 AM.

I have included a copy of the Order in this email for your convenience.

Respectfully,

**Aaron Jackson**
Courtroom Deputy for Judge Marvin Isgur
Southern District of Texas
Aaron_Jackson@txs.uscourts.gov
Office: 713-250-5500

