B2500E (Form 2500E) (12/15)

United States Bankruptcy Court

_____Southern_____ District Of _____Texas_____

In re __PCF PROPERTIES IN TEXAS LLC__  )    Case No. __25-60062_____
        Debtor*               )
                                 )    Chapter __7_____
                                 )

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above named debtor:

      A petition under title 11, United States Code was filed against you in this bankruptcy court on ____6/30/2025____ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

                Address of the clerk:   Bob Casey United States Courthouse
                                       515 Rusk Street
                                       Houston, TX 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

                Name and Address of Petitioner's Attorney:
                            PCF PROPERTIES IN TEXAS LLC
                            219 STONE GATE DR.
                            VICTORIA, TX 77804

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                    *Nathan Ochsner, Clerk of Court*

Date: __August 11, 2025_____

                                               *s/ Aaron Jackson*_____
                                               *Signature of Clerk or Deputy Clerk*

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

## CERTIFICATE OF SERVICE

I, <u>Christopher Murray, as trustee</u> (name), certify that on <u>August 11, 2025</u> (date), I served this summons and a copy of the involuntary petition on <u>PCF Properties in Texas LLC</u> (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*: pursuant to Court order, by email and first class mail, postage prepaid, to the following:

Debtor at pcfpropertiesintexasllc456@gmail.com; Northwest Registered Agent LLC (per Colorado registration) 1500 N. Grant Street, Suite N, Denver, CO 80203; a/k/a PCF Investments Inc., 219 Stone Gate Dr., Victoria, TX 77804

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>August 11, 2025</u>   Signature <u>/s/ Christopher Murray</u>

Print Name:   <u>Christopher Murray, as trustee</u>

Business Address:   <u>602 Sawyer, Suite 400</u>

<u>Houston, TX 77007</u>