United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 11, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-60062 |
| PCF PROPERTIES IN TEXAS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

### ORDER REQUIRING ALZADIA SPIRES TO APPEAR AND SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CIVIL CONTEMPT

On August 7, 2025, this Court issued its order compelling Alzadia Spires to appear at a hearing on August 11, 2025. ECF No. 13. The Court also required PCF Properties in Texas LLC to file documents prior to the hearing. A copy of the Order was sent to Ms. Spires by the Clerk on August 7, 2025 at 2:10 p.m at her registered CM/ECF address.

The hearing was called as scheduled at 8:30 a.m. on August 11, 2025. Ms. Spires failed to appear as ordered.

The hearing is reset for August 25, 2025 at 10:00 a.m. Ms. Spires must appear in person and show cause why she should not be held in civil contempt for failure to attend the August 11, 2025 hearing. Not later than August 18, 2025, Ms. Spires must file all of the documents required by the August 7, 2025 order.

Video and audio appearances are not permitted. If she again fails to appear, the Court will order that she be compelled to attend by the United States Marshal.

SIGNED 08/11/2025

Marvin Isgur
United States Bankruptcy Judge