UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy Case |
| **PCF PROPERTIES IN TEXAS LLC** | § | **25-60062-H4-7** |
| | § | |
| Debtor | § | Chapter |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that **JOHN V. BURGER** of BARRY AND SEWART, PLLC, has been retained as legal counsel to represent P.C.F. Properties In TX, LLC; and/or a party in interest in the above-captioned and numbered case, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 9010(b), requests that copies of all notices and pleadings be served as required by Bankruptcy Rule 2002 and 3017 at the following address:

> **JOHN V. BURGER**
> **Barry and Sewart, PLLC**
> **4151 Southwest Frwy #680**
> **Houston, TX 77027**
> **713-960-9696 telephone // 713-961-4403 facsimile**
> **bankruptcy@burgerlawfirm.com**
> **john@barryandsewart.com**

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also, without limitation, notices of any Application, Complaint, Demand, hearing, Motion, Petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, or otherwise filed in the above-numbered bankruptcy proceeding.

> /s/ John V. Burger
> John V. Burger
> State Bar 03378650/Fed. 13176
> 4151 Southwest Frwy #680
> Houston, Texas  77027
> Tel:  713-960-9696   Fax: 713-9612-4403
> bankruptcy@burgerlawfirm.com

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the forgoing was served to all parties in interest listed below and on the attached sheet by first class United States mail, postage prepaid, on or before _____8/15/25_____.

            /s/John V. Burger
            **John V. Burger**

Alzadia Spires, Esq 17515 Spring Cypress Rd #C620 Cypress, TX 77429     (ECF)

Christopher R. Murray Jones Murray LLP 602 Sawyer St #500 Houston TX 77007  (ECF)

Elizabeth Thomas 712 H. Street NE #2487 Washington DC 20002

James Anderson Esq 17401 El Camino Rd #204 Houston, TX 77058  (ECF)

PCF PROPERTIES IN TEXAS LLC 219 Stone Gate Dr Victoria, TX 77804