**Fwd: The Lawsuit**

Ernesto Simpson <ernestosimpson122@gmail.com>
To: Sierra Thomas-Anderson; Aaron Jackson; Alzadia Spires

Wed 8/13/2025 9:14 AM

You forwarded this message on 8/13/2025 11:44 AM.
If there are problems with how this message is displayed, click here to view it in a web browser.

**CAUTION - EXTERNAL:**

Good Morning

I am forwarding you an email I sent to Attorney James M. Andersen advising why I stopped all communications with him changed my phone and email address I had a consultation with a lawyer here in New York whom has advised me that since I never entered into a attorney client retainer agreement with Andersen for representation with a alleged new party P.C.F. PROPERTIES IN TX.LLC., with new claims I don't have to consult with him nor does he have any right to consult with me.

I never hired Attorney Andersen to represent me in case with a party by the name of P.C.F. PROPERTIES IN TX LLC., I have no knowledge as to the status of this case other than the Court was holding a August 11, 2025, hearing for which I sought a continuance since I reside out of state. I have no idea what is happening with the case because no one is serving me with any notices and Attorney Andersen does not represent me.

PLEASE ADVISE AFTER THIS EMAIL I HAVE CREATED A NEW EMAIL ADDRESS

Thank you

Ernesto Simpson

---------- Forwarded message ---------
From: **Ernesto Simpson** <ernestosimpson122@gmail.com>
Date: Tue, Aug 12, 2025 at 10:44 PM
Subject: The Lawsuit
To: <jandersen.law@gmail.com>

Dear Attorney Andersen

I write to thank you for representing me in the Civil Court case. I have stopped communicating with you as I terminated our retainer agreement on the same day the court commenced to hear pleadings from Non-Party P.C.F. PROPERTIES IN TX. LLC. I have since changed my phone and after this email will change my email address ernestosimpson122@gmail.com

I never entered into any attorney client retainer agreement with you to represent me in any case with non-party P.C.F. PROPERTIES IN TX,LLC. You have no legal right to appear in court on my behalf in litigation with this entity. I have never filed a lawsuit against this entity and have no idea who they are. However from a recent title report I now know they are not the owners of the property.

I never committed any fraud on the court and was denied my due process rights to be heard along with my defendant PCFProperties in Texas LLC., I have spoke with lawyer here in NewYork and most believe that August 7,2025, was plan to fraudulently use me to fix the case in Burger favor.

I have no interest in dismissing my case with prejudice as I intend to refile it.

Thank you.

Ernesto Simpson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.