B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Southern District Of Texas

In re  PCF PROPERTIES IN TEXAS LLC  )  Case No. 25-60062
      Debtor*  )
                                                  )  Chapter  7
                                                  )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

     A petition under title 11, United States Code was filed against you in this bankruptcy court on 6/30/2025 (date), requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the United States Code).

     YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons.  A copy of the petition is attached.

     Address of the clerk:   Bob Casey United States Courthouse
                                            515 Rusk Street
                                            Houston, TX 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

               Name and Address of Petitioner's Attorney:
                          PCF PROPERTIES IN TEXAS LLC
                          219 STONE GATE DR.
                          VICTORIA, TX 77804

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                            *Nathan Ochsner, Clerk of Court*

Date: August 11, 2025

                                                                            _s/ Aaron Jackson_
                                                                          *Signature of Clerk or Deputy Clerk*

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, Christopher Murray, as trustee (name), certify that on August 14, 2025 (date), I served this summons and a copy of the involuntary petition on PCF Properties in Texas LLC (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*: pursuant to Court order to its counsel of record as it appears on the Court's docket, Alzadia Spires by first class mail, postage prepaid, to
17515 Spring Cypress Rd #C620
Cypress, TX 77429

and by email to alzadia@spiresfirm.com

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date August 14, 2025   Signature /s/ Christopher Murray

Print Name: Christopher Murray, as trustee

Business Address: 602 Sawyer, Suite 400

Houston, TX 77007