United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 18, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-60062 |
| PCF PROPERTIES IN TEXAS LLC, | § § | |
| | § | |
| Debtor. | § § | |
| | § | CHAPTER 7 |

### ORDER ABATING AND SUSPENDING ORDER DIRECTING ALZADIA SPIRES TO SHOW CAUSE

Based on the document filed at ECF No. 38, Alzadia Spires is not required to appear at the hearing scheduled for August 25, 2025. All other Court orders remain in effect. The August 25, 2025 hearing will take place.

The Summons issued at ECF 34 remains effective.

If the Debtor intends to contest the summons, the Debtor should act immediately to retain substitute counsel. The Chapter 7 Trustee remains in place. The Debtor's owners, officers, directors, agents and attorneys are ordered to fully cooperate with the Chapter 7 Trustee.

SIGNED 08/18/2025

Marvin Isgur
United States Bankruptcy Judge