UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re: PCF Properties in Texas LLC                §
                                                  §        Civil Action No.   4:25cv3764
            Debtor                                §
                                                  §        Bankruptcy Case No.   25Bk60062
Elizabeth Thomas                                  §
Appellant                                         §

## Notice of Deficiency

1.  The notice of appeal was filed in the bankruptcy court on 7/11/2025. The designation of the record was due on 8/6/2025. *See* Fed. R. Bankr. P. 8009.

2.  If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

    ☒  The filing fee has not been paid.

    ☒  The record has not been designated.

    ☐  The record designated by the appellant includes transcripts that have not been ordered.

    ☐  The appellant has not arranged to pay for the transcripts designated.


Date: August 26, 2025

                                        Nathan Ochsner, Clerk of Court
                                          H. Lerma
                                        Deputy Clerk