

MICKEY PACHTA
Board Certified
Estate Planning & Probate
mickey@estatewiselegal.com

JONATHAN R. RIEHS
robbie@estatewiselegal.com

September 2, 2025

The Honorable Marvin Isgur
United States Bankruptcy Judge
United States Bankruptcy Court
515 Rusk
Courtroom 404
Houston, TX 77002

Re: Case No. 25-60062 – In re PFC Properties in Texas LLC

Dear Judge Isgur:

Our office represents Bronwyn Elaine Ridley as Trustee of the Raymond Charles Lyssy, Jr. Family Trust which owns a conditional remainder interest in the property located at 219 Stone Gate Drive; Victoria, Texas 77904. Recently, an order in the above-referenced matter was delivered to the property address. However, neither our office nor our client has any knowledge of PFC Properties in Texas LLC, nor do we have any connection to Attorney Alzadia Spires, who appears to be listed as counsel of record in this case.

We respectfully bring this to the Court's attention, as it appears that the property address may have been used in error. We kindly request clarification from the Court and/or correction of the record to prevent further misdirected correspondence.

Please let me know if additional information is required from our office to assist in resolving this matter.

Respectfully submitted,

/s/ *Mickey Pachta*
Mickey Pachta
Partner, Estate Wise Legal Group, LLP


Cc:    Bronwyn Elaine Ridley, Trustee of the
       Raymond Charles Lyssy, Jr. Family Trust
       208 Creekridge Drive
       Victoria, Texas 77904