United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-60062 |
| PCF PROPERTIES IN TEXAS LLC, | § § | |
| | § | |
| Debtor. | § § | |
| | § | |
| | § | CHAPTER 7 |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

      For the reasons set forth on the record on September 16, 2025, and upon consideration of the petition against the above-named debtor filed on June 30, 2025, ECF No. 1, an order for relief under chapter 7 of the Bankruptcy Code is granted.

SIGNED 09/22/2025

_____
Marvin Isgur
United States Bankruptcy Judge