United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| **OUT OF DISTRICT MAIN CASE,** | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| **ERNESTO SIMPSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3609 |
| | § | |
| **PCF PROPERTIES IN TEXAS LLC,** *et al.*, | § | |
| | § | |
| Defendants. | | |

### AMENDED ORDER FOR STATUS REPORT

On September 15, 2025, Ms. Spires filed a motion to withdraw as counsel. ECF No. 86. The Court conditioned her proposed withdrawal on her turnover of certain files to Mr. Murray, the Trustee. ECF No. 90.

Not later than January 7, 2026, Ms. Spires and the Trustee are ordered to file separate status reports regarding whether Ms. Spires has turned over the files to the Trustee.

If Ms. Spires has not turned over her client's files to the Trustee by January 7, 2026, her motion to withdraw as counsel, ECF No. 86, will be denied.

SIGNED 12/29/2025

_____
Marvin Isgur
United States Bankruptcy Judge