THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>PCF PROPERTIES IN TEXAS, LLC,<br>　　　Debtor. | Case No. 25-60062<br><br>Chapter 7 |

| | |
|---|---|
| In re:<br>OUT OF DISTRICT MAIN CASE,<br>　　　Debtor. | Case No. 99-99999<br><br>Chapter 7 |
| ERNESTO SIMPSON,<br>　　　Plaintiff,<br>v.<br>PCF PROPERTIES IN TEXAS LLC, et al.,<br>　　　Defendants. | ADVERSARY NO. 25-3609 |

**TRUSTEE'S STATUS REPORT**

**(This relates to DE 54 in Case No. 25-60062 and DE 101 in Adv. No. 25-3609.)**

TO THE HON. MARVIN ISGUR,
U.S. BANKRUPTCY JUDGE:

1.      On September 15, 2025, Alzadia Spires filed a motion in the above-captioned adversary proceeding seeking to withdraw as counsel to defendant PCF Properties in Texas LLC. [DE 86 in 25-3609].

2.      PCF Properties in Texas LLC is the debtor in case 25-60062 in which the undersigned serves as chapter 7 trustee. (At the time of Ms. Spires' motion, the debtor was a putative debtor in an involuntary case. An order for relief was entered Sept. 22, 2025.)

3.      On September 18, 2025, the Court granted Ms. Spires' motion to withdraw on the condition that she immediately turn over to the Trustee of various client files and

communications, with her withdrawal to be effective upon the Trustee's filing a certificate of receipt of those documents and communications [DE 90 in 25-3609].

4.      On September 19, 2025, the Trustee emailed a copy of the Court's order to Ms. Spires and provided a Dropbox link to facilitate the turnover of records. A copy of that email, and Ms. Spires' response is attached hereto at **Exhibit A** (redacted to remove sensitive information).

5.      On September 30, 2025, Ms. Spires sent an email to the Trustee stating that she never represented the debtor and therefore could not produce any documents related to such a representation. She also attached to the email the Court's order for relief in case 25-60062. A copy of the email and its attachment are attached hereto at **Exhibit B**.

6.      On December 29, 2025, the Court ordered Ms. Spires and the Trustee "to file separate status reports regarding whether Ms. Spires has turned over the files to the Trustee." [DE 54 in Case No. 25-60062 and DE 101 in Adv. No. 25-3609]

7.      On December 31, 2025, Ms. Spires sent an email to "bankruptcy_ecf_helpdesk@txs.uscourts.gov", with a copy to the Trustee, asking the Clerk to docket an attached "Status Report Regarding File Turnover." Her email and the document attached to it are attached hereto at **Exhibit C**.

8.      On January 6, 2026, the Trustee emailed Ms. Spires to request further information and explanation regarding her failure to provide documents and communications. The Trustee's email and Ms. Spires' emailed response (which included another copy of her Status Report) are attached hereto at **Exhibit D** (redacted to remove sensitive information).

9.      To date, Ms. Spires has provided the explanations appearing in Exhibits A, B, C, and D, but has provided none of the documents or communications referenced in the Court's order of September 18, 2025 [DE 90].

10.     By way of further status update, the Trustee advises the Court that on December 23, 2025, a "Release of Lis Pendens," signed by "Omar Perez as Managing Member [f]or PCF Properties in Texas LLC", was filed in the real property records of Harris County. A copy of the document is attached hereto at **Exhibit E**. The Trustee did not authorize this filing.

Respectfully submitted, January 6, 2026         */s/ Christopher Murray*
                                                602 Sawyer, Suite 400
                                                Houston, TX 77007
                                                chris@jonesmurray.com
                                                832-529-1999
                                                *Chapter 7 Trustee*

## Certificate of Service

On January 6, 2026, I filed this document through the Court's ECF system and separately emailed a copy of this document and its attachments to Ms. Spires at alzadia@spireslawfirm.com.

                                                */s/ Christopher Murray*