United States District Court
Southern District of Texas
**ENTERED**
May 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH THOMAS | § | CIVIL ACTION NO. 4:25-CV-03764 |
| | § | |
| | § | |

## <u>ORDER OF DISMISSAL</u>

This is a bankruptcy appeal. On August 26, 2025, the District Clerk notified the appellant, Elizabeth Thomas ("Thomas"), that failure to pay the filing fee and designate the record within 14 days could result in dismissal of the appeal without further notice. (Dkt. 3).

This deadline has long since passed, and Thomas has neither paid the filing fee nor designated the record. Accordingly, this appeal is **DISMISSED WITHOUT PREJUDICE** for failure to pay the required filing fee and for failure to designate the record. *See In re McDonald*, 327 Fed. App'x 491, 492 (5th Cir. 2009) (affirming dismissal for failure to file an appellate brief when "nine months passed before the district court, having received neither a brief nor a request for an extension of time to file one, dismissed the appeal"). Each party shall bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas on May 8, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE